IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. W-99-CR-070(2)-ADA |
| Plaintiff, ) | CIVIL NO. W-04-CV-164 |
| v. ) | **\*CAPITAL CASE\*** |
| BRANDON BERNARD, ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Brandon Bernard hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment entered by this Court on August 8, 2019 (Docs 664 and 665, respectively), dismissing without prejudice his Motion for Relief from Judgment (Doc. 661), and from each and every subsidiary adverse ruling and finding forming the bases for said order and final judgment.

Mr. Bernard also hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Amending Judgment entered by this Court on September 10, 2019 (Doc. 667), transferring his Motion for Relief from Judgment (Doc. 661) to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631, and from each and every subsidiary adverse ruling and finding forming the basis for said order.

NOTICE OF APPEAL
(*U.S. v. Bernard*; Crim. No. W-99-CR-070(2)-ADA;
No. W-04-CV-164)   - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Mr. Bernard has been represented throughout these proceedings by counsel appointed under 18 U.S.C. § 3006A, the Criminal Justice Act. *See* Doc. 354 (order appointing counsel for proceedings under 28 U.S.C. § 2255). Mr. Bernard remains indigent and financially unable to obtain adequate representation and other reasonably necessary services. Continued appointment of counsel is authorized under 18 U.S.C. § 3599 and this appeal should proceed *in forma pauperis*, pursuant to Rule 24(a)(3), Federal Rules of Appellate Procedure.

Dated this 8th day of November, 2019.

Respectfully submitted,

Robert C. Owen
Law Office of Robert C. Owen, L.L.C.
53 W. Jackson Blvd., Suite 1056
Chicago, IL  60604
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593.6710
john_carpenter@fd.org

NOTICE OF APPEAL
(*U.S. v. Bernard*; Crim. No. W-99-CR-070(2)-ADA;
No. W-04-CV-164)   - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/  Amy Strickling*
Amy Strickling, Paralegal to
John R. Carpenter
Attorney for Brandon Bernard

NOTICE OF APPEAL
(*U.S. v. Bernard*; Crim. No. W-99-CR-070(2)-ADA;
No. W-04-CV-164)   - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**