# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2019

Mr. John Robert Carpenter
Federal Public Defender's Office
Western District of Washington
1331 Broadway Plaza
Suite 400
Tacoma, WA 98402-3410

        No. 19-70021    USA v. Brandon Bernard
                        USDC No. 6:04-CV-164
                        USDC No. 6:99-CR-70-2

Dear Mr. Carpenter,

The following pertains to your electronically filed appearance form.

Counsel failed to complete the lower portion of the form.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Brandon P. Ledet, Deputy Clerk