# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2019

Mr. Robert Charles Owen
53 W. Jackson Boulevard
Suite 1056
Chicago, IL 60604

    No. 19-70021    USA v. Brandon Bernard
                    USDC No. 6:04-CV-164
                    USDC No. 6:99-CR-70-2

Dear Mr. Owen,

The following pertains to your electronically filed appearance form.

Counsel failed to complete the lower portion of the form.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Linda B. Miles, Deputy Clerk
          504-310-7793