# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 19-70021

USA    vs. Brandon Bernard

(Short Title)

The Clerk will enter my appearance as Counsel for Brandon Bernard

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the ~~current information~~ below is current and identical to that listed in my Appellate Filer Account with PACER.

*[signature: John R. Carpenter]*

John_Carpenter@fd.org

(Signature)     (e-mail address)

John R. Carpenter     Washington State Bar No. 23301

(Type or print name)     (State/Bar No.)

Assistant Federal Public Defender

(Title, if any)     ☑ Male    ☐ Female

Federal Public Defender Office, Western District of Washington

(Firm or Organization)

Address 1331 Broadway, Suite 400

City & State Tacoma, WA     Zip 98402

Primary Tel. 253-593-6710    Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Robert C. Owen

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
    ☑ Yes    ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
    ☐ Yes    ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
    ☐ Yes    ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

In re Brandon Bernard 19-50837     [see attached sheet for details]

Name of Court or Agency United States Court of Appeals for the Fifth Circuit

Status of Appeal (if any) Pending

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**     DKT-5A REVISED February 2017

*Further details*:

Appellant Brandon Bernard is a death-sentenced federal prisoner who is attempting to obtain review of instances of prosecutorial misconduct (violations of *Brady v. Maryland*, 373 U.S. 83 (1963), and *Napue v. Illinois*, 360 U.S. 264 (1959)) that came to light for the first time only after the judgment in his initial proceeding under 28 U.S.C. § 2255 had become final.

Appellant moved for appropriate relief in the district court, which interpreted that motion as a successive application for habeas relief requiring pre-filing authorization under 28 U.S.C. §§ 2244 and 2255(h). Accordingly, the district court transferred the motion to this Court. This Court docked that proceeding as *In re Brandon Bernard*, No. 19-50837. Appellant has filed a motion for authorization in that case, asking in the alternative that the Court recall its mandate in the appeal of his initial proceeding under 28 U.S.C. § 2255 (*United States v. Bernard*, No. 13-70013).

Appellant has also appealed the district court's transfer order, and this Court has docketed that appeal as the present case, *United States v. Brandon Bernard*, No. 19-70021.