# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 26, 2019

Mr. John Robert Carpenter
Federal Public Defender's Office
Western District of Washington
1331 Broadway Plaza
Suite 400
Tacoma, WA 98402-3410


Mr. Robert Charles Owen
53 W. Jackson Boulevard
Suite 1056
Chicago, IL 60604


    No. 19-70021    USA v. Brandon Bernard
                       USDC No. 6:04-CV-164
                       USDC No. 6:99-CR-70-2


Dear Mr. Carpenter, Mr. Owen,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.  Failure to timely provide the
appropriate number of copies may result in the dismissal of your
appeal pursuant to 5th Cir. R. 42.3.  Exception:  As of July 2,
2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper
copies of your brief must **not** contain a header noting "RESTRICTED".
Therefore, please be sure that you print your paper copies **from
this notice of docket activity** and not the proposed sufficient
brief filed event so that it will contain the proper filing header.
Alternatively, you may print the sufficient brief directly from
your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Donna L. Mendez, Deputy Clerk
504-310-7677


cc:  Mr. Joseph H. Gay Jr.