# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-70021
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

BRANDON BERNARD,

      Defendant - Appellant

_____

Appeal from the United States District Court
for the Western District of Texas
_____

O R D E R:

      IT IS ORDERED that appellee's unopposed motion for an extension of 30 days, or, to and including February 21, 2020, to file the brief is GRANTED, but no further extensions will be permitted for either party.

                      LYLE W. CAYCE, CLERK
                  United States Court of Appeals
                    for the Fifth Circuit
                    /s/ Lyle W. Cayce

      ENTERED AT THE DIRECTION OF THE COURT