# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 21, 2020

Ms. Elizabeth Berenguer
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216-5512

        No. 19-70021    USA v. Brandon Bernard
                        USDC No. 6:04-CV-164
                        USDC No. 6:99-CR-70-2

Dear Ms. Berenguer,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Robert Charles Owen