# No. 19-70021

**In the United States Court of Appeals
for the Fifth Circuit**

---

**United States of America,**

*Plaintiff-Appellee,*

v.

**Brandon Bernard,**

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas

---

**Appellee's Notice of Substitution of Counsel**

Assistant U.S. Attorneys Mark Frazier and Neeraj Gupta have entered their appearances as co-counsel for the government in this case and will substitute in place of Assistant U.S. Attorney Elizabeth Berenguer, who is withdrawing from the case.

Respectfully submitted,

GREGG N. SOFER
United States Attorney

By: */s/ Elizabeth Berenguer*
Elizabeth Berenguer
Assistant United States Attorney

**Certificate of Service**

On November 3, 2020, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be electronically delivered to Robert C. Owen and John R. Carpenter, counsel for Appellant.

*/s/ Elizabeth Berenguer*
Elizabeth Berenguer
Assistant United States Attorney

## Certificate of Compliance

1.  This document complies with the word limit of <u>Fed. R. App. P. 27(d)(2)</u> because, excluding the parts of the document exempted by <u>Fed. R. App. P. 32(f)</u>, this document contains 37 words.

2.  This document complies with the typeface requirements of <u>Fed. R. App. P. 32(a)(5)</u> and the type-style requirements of <u>Fed. R. App. P. 32(a)(6)</u> because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook.

*/s/ Elizabeth Berenguer*
Elizabeth Berenguer
Assistant United States Attorney