**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2020

Ms. Elizabeth Berenguer
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216-5512

         No. 19-70021    USA v. Brandon Bernard
                         USDC No. 6:04-CV-164
                         USDC No. 6:99-CR-70-2

Dear Ms. Berenguer,

We received your Appellee's Notice of Substitution of Counsel.
The document is unnecessary therefore, we are taking no action on
this notice.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Monica R. Washington, Deputy Clerk
                         504-310-7705

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Robert Charles Owen

P.S. to Ms. Berenguer: You will be removed from the docket.