# United States Court of Appeals
# for the Fifth Circuit

———————

No. 19-70021

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRANDON BERNARD,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:04-CV-164
USDC No. 6:99-CR-70-2

———————————————————————

## ON PETITION FOR REHEARING EN BANC

(Opinion 9/9/20, 5 CIR., _____, _____ F.3D _____ )

Before HIGGINBOTHAM, JONES, and DENNIS, *Circuit Judges*.

PER CURIAM:

( **X** )  Treating the Petition for Rehearing En Banc as a Petition for Panel
Rehearing, the Petition for Panel Rehearing is DENIED.  No
member of the panel nor judge in regular active service of the court
having requested that the court be polled on Rehearing En Banc

(Fed. R. App. P. and 5ᵗʰ Cir. R. 35), the Petition for Rehearing En Banc is DENIED.

( )    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R. App. P. and 5ᵗʰ Cir. R. 35), the Petition for Rehearing En Banc is DENIED.

EDITH H. JONES
*United States Circuit Judge*