# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-70021

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

BRANDON BERNARD,

    Defendant - Appellant

United States Court of Appeals
Fifth Circuit

**FILED**

September 9, 2020

Lyle W. Cayce
Clerk



**Certified as a true copy and issued
as the mandate on Nov 16, 2020**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:04-CV-164
USDC No. 6:99-CR-70-2

_____

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    IT IS ORDERED and ADJUDGED that the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.