*United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 16, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 19-70021    USA v. Brandon Bernard
                     USDC No. 6:04-CV-164
                     USDC No. 6:99-CR-70-2

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Monica R. Washington, Deputy Clerk
                          504-310-7705

cc:  Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Mr. Neeraj Kumar Gupta
     Mr. Robert Charles Owen
     Mr. Mark Randolph Stelmach