# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 8, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Brandon Bernard
            v. United States
            No. 20-6570
            (Your No. 19-70021)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2020 and placed on the docket December 8, 2020 as No. 20-6570.

Sincerely,

**Scott S. Harris**, Clerk

by

Laurie Wood
Deputy Clerk

