Search documents in this case: [_____] [Search]

## No. 20-6570 *** CAPITAL CASE ***

| | |
|---|---|
| Title: | **Brandon Bernard, Petitioner**<br>**v.**<br>**United States** |
| Docketed: | December 8, 2020 |
| Linked with 20A110 | |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (19-70021) |
| Decision Date: | September 9, 2020 |
| Rehearing Denied: | November 6, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Dec 08 2020 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due January 7, 2021)<br><br>**Motion for Leave to Proceed in Forma Pauperis**   **Petition**   **Appendix**   **Proof of Service** |
| Dec 08 2020 | Application (20A110) for a stay of execution of sentence of death, submitted to Justice Alito.<br><br>**Main Document** |
| Dec 09 2020 | Brief of respondent United States in opposition filed.<br><br>**Proof of Service**   **Main Document** |
| Dec 10 2020 | Reply of petitioner Brandon Bernard filed.<br><br>**Main Document**   **Proof of Service** |
| Dec 10 2020 | Supplemental brief in support of stay application filed.<br><br>**Main Document**   **Proof of Service** |
| Dec 10 2020 | Second Supp. to Stay of Execution of Brandon Bernard not accepted for filing. (December 10, 2020 -- corrected version docketed above) |
| Dec 10 2020 | Petition DENIED. Justice Breyer and Justice Kagan would grant the petition for a writ of certiorari. Justice Sotomayor, dissenting from the denial of certiorari and application for stay. (Detached Opinion) |
| Dec 10 2020 | Application (20A110) referred to the Court. |
| Dec 10 2020 | Application (20A110) denied by the Court. Justice Breyer and Justice Kagan would grant the application. Justice Sotomayor, dissenting from the denial of certiorari and application for stay. (Detached opinion) |