# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 19-70021    USA v. Bernard
                    USDC No. 6:04-CV-164
                    USDC No. 6:99-CR-70-2

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _Sabrina B. Short_
            Sabrina B. Short, Deputy Clerk
            504-310-7817